```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
PASQUAL MAGALLENES
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 15 CR 49 LJO/SKO |
| vs. | |
| | STIPULATION TO SET HEARING |
| PASQUAL MAGALLENES, | AND WAIVE TIME |
| Defendant. | |

    Defendant PASQUAL MAGALLENES by and through his attorney James R. Homola, and the United States of America, by and through its attorney, Brian Delaney, Assistant U.S. Attorney, hereby stipulate to the following joint request: that the status conference scheduled for August 31, 2015 be vacated as to this defendant, and a change of plea hearing be set for September 21, 2015 at 9:30am.

    The parties acknowledge that time under the Speedy Trial Act is being excluded under Title 18, United States Code 3161; that the period of delay is jointly requested based on good cause and agreement of counsel, and is necessary as the ends of justice served taken by such action outweigh the interest of the public and the defendants in a speedy trial.

DATED: August 17, 2015

```
    /s/ James R. Homola              /S/ Brian Delaney
    JAMES R. HOMOLA                  BRIAN DELANEY
    Attorney for Defendant           Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

    Dated:   **August 17, 2015**             **/s/ Lawrence J. O'Neill**
                                                                                     UNITED STATES DISTRICT JUDGE