PHILLIP A. TALBERT
Acting United States Attorney
JESSICA A. MASSEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> PASCUAL GONZALES MAGALLANES, </br></br> Defendant. | NO. 1:15-cr-00049-NONE-SKO-3 </br></br> STIPULATION AND ORDER SETTING FORTH BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO REDUCE SENTENCE [DOC. 79] |

## BACKGROUND

On June 22, 2021, defendant, filed his "Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A)(I) (Compassionate Release)." Doc. 79. The parties in this case desire to set a briefing schedule that will allow them to adequately address the legal and factual matters raised by the motion.

THEREFORE, defendant Pascual Gonzales Magallanes, and the United States of America, by and through its counsel of record, Assistant United States Attorney Jessica A. Massey, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order

///

///

///

1

reflecting this schedule:

1. Any opposition by the United States must be filed on or before July 12, 2021.

2. Any reply by the defendant must be filed on or before July 19, 2021.

DATED: June 28, 2021                    PHILLIP A. TALBERT
                                        Acting United States Attorney

                                    By: /s/ Jessica A. Massey
                                        JESSICA A. MASSEY
                                        Assistant U.S. Attorney

DATED: June 28, 2021

                                    By: /s/ Alekxia L. Torres Stallings
                                        ALEKXIA L. TORRES STALLINGS
                                        Counsel for Defendant
                                        PASCUAL GONZALES MAGALLANES

**IT IS SO ORDERED**.

IT IS SO ORDERED.

Dated: **July 1, 2021**            _____
                                        UNITED STATES DISTRICT JUDGE