PHILLIP A. TALBERT
Acting United States Attorney
JESSICA A. MASSEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00049-NONE-SKO-3 |
| Plaintiff, | |
| v. | |
| PASCUAL GONZALES MAGALLANES, | STIPULATION AND [PROPOSED] ORDER SETTING FORTH AMENDED BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO REDUCE SENTENCE [DOC. 79] |
| Defendant. | |

**BACKGROUND**

On June 22, 2021, defendant, filed his "Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A)(I) (Compassionate Release)." Doc. 79. The parties in this case desire to set an amended briefing schedule that will allow them to adequately address the legal and factual matters raised by the motion.

THEREFORE, defendant Pascual Gonzales Magallanes, and the United States of America, by and through its counsel of record, Assistant United States Attorney Jessica A. Massey, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order

///

///

///

1

///

reflecting this schedule:

1. Any opposition by the United States must be filed on or before July 19, 2021.

2. Any reply by the defendant must be filed on or before July 26, 2021.

DATED: July 9, 2021                     PHILLIP A. TALBERT
                                                 Acting United States Attorney

                                   By:    /s/ Jessica A. Massey
                                              JESSICA A. MASSEY
                                              Assistant U.S. Attorney

DATED: July 9, 2021

                                   By:    /s/ Alekxia L. Torres Stallings
                                              ALEKXIA L. TORRES STALLINGS
                                              Counsel for Defendant
                                              PASCUAL GONZALES MAGALLANES

**ORDER**

The above stipulation is approved.

IT IS SO ORDERED.

Dated:   **July 12, 2021**

                                                                UNITED STATES DISTRICT JUDGE