1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JESSICA A. MASSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10
11  UNITED STATES OF AMERICA,                NO. 1:15-CR-00049-NONE-SKO

12                 Plaintiff,
                                              ORDER SEALING DOCUMENTS AS SET FORTH
13          v.                                IN GOVERNMENT'S NOTICE

14  PASCUAL GONZALEZ MAGALLANES,

15                 Defendant.

16

17

18          Pursuant to Local Rule 141(b), and based on the representations contained in the Government's

19  Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit 2 to Government's

20  Opposition to Defendant's Motion for Compassionate Release pertaining to defendant Pascual Gonzalez

21  Magallanes, and the Government's Request to Seal shall be SEALED until further order of this Court.

22          It is further ordered that electronic access to the sealed documents shall be limited to the United

23  States and counsel for the defendant.

24          The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

25  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

26  the Government's Request, sealing the Governments's Request and Exhibit 2 serves a compelling

27  interest. The Court further finds that, in the absence of closure, the compelling interests identified by the

28  government would be harmed. In light of the public filing of its Notice to Seal, the Court further finds

that there are no additional alternatives to sealing the Government's Request and Exhibit 2 that would adequately protect the compelling interests identified by the Government.

IT IS SO ORDERED.

Dated: __July 19, 2021__                  _____/s/ Dale A. Drozd_____
                                          UNITED STATES DISTRICT JUDGE